**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6193**

_____

KAMANI STANLEY SHAQUR JOHNSON, I,

Plaintiff - Appellant,

v.

LAWRENCE R. LEONARD,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00744-RCY-MRC)

_____

Submitted:  July 24, 2025                     Decided:  July 29, 2025

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kamani Stanley Shaqur Johnson, I, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamani Stanley Shaqur Johnson, I, appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failing to comply with a court directive to complete an in forma pauperis affidavit and a consent to collection of fees form.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Johnson v. Leonard*, No. 3:24-cv-00744-RCY-MRC (E.D. Va. Feb. 25, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The dismissal order is final and appealable because the district court did not grant leave to amend.  *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).

2